1 Best Best & Krieger LLP
G. HENRY WELLES, Bar No. 157193
2 Henry.Welles@bbklaw.com
74-760 Highway 111
3 Suite 200
Indian Wells, CA 92210
4 Telephone: (760) 568-2611
Telecopier: (760) 340-6698
5
Attorneys for Plaintiff
6 WAY UP LTD. # 1 A CALIFORNIA
LIMITED PARTNERSHIP

JS-6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WAY UP LTD. #1 A CALIFORNIA LIMITED PARTNERSHIP, Plaintiff, v. THE WAY UP, INC., a Georgia non-profit corporation; ROLAND BAGWELL; and DOES 1-10, inclusive. Defendants. | Case No. EDCV13-00969-SVW-SP  **FINAL JUDGMENT AGAINST (1) THE WAY UP, INC., A GEORGIA NON-PROFIT CORPORATION; AND (2) ROLAND BAGWELL** |
|---|---|

77813.00000\8310993.1                                      FINAL JUDGMENT

# FINAL JUDGMENT

Plaintiff, WAY UP LTD. #1 's Motion for Default Judgment came on regularly before the court and after reviewing the Motion and supporting evidence, and good cause appearing therefore, the court rules as follows:

A. That Defendants (1) THE WAY UP, INC., A GEORGIA NON-PROFIT CORPORATION AND (2) ROLAND BAGWELL, and each of them, and their officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, successors, and all others in active concert or participation with them or acting on their behalf, **are permanently enjoined from advertising and using the name THE WAY UP in any way** and from further infringement of Plaintiff's Federally registered trademark "THE WAY UP" [ Fed. Reg. Number 2371221]; or otherwise continuing any and all acts of unfair competition and trademark infringement, as alleged in the complaint.

B. That Defendants are ordered to cease use of THE WAY UP or confusingly similar name on the Internet.

C. Plaintiff is awarded costs of $639.

IT IS SO ORDERED :

Dated: February 12, 2014

_____
The Honorable Stephen V. Wilson
Judge of the U.S. District Court